ANTHONY J. SPARACO ET AL. *v.* TOWN OF ESSEX ET AL.

The plaintiffs' motion to reinstate their appeal from the Superior Court in Middlesex County is denied.

*Samuel H. Coxe,* in support of the motion.
*John L. Senning,* in opposition.

Submitted October 8—decided November 3, 1976

STATE OF CONNECTICUT *v.* MEYER BILLER

In the above-entitled matter the defendant did not file a petition for certification within the time provided by the rules of practice (§ 745). The defendant did file a motion for an extension of time to file a petition for certification but that motion was denied. Therefore, as no petition for certification is properly pending before this court, the state's "Motion to Dismiss, Expunge and Strike Defendant-Appellant's Petition for Certification" from the Appellate Session of the Superior Court is dismissed.

*Jack D. Barnston,* assistant special prosecutor, in support of the motion.

Submitted October 8—decided November 3, 1976

STATE OF CONNECTICUT *v.* ANTHONY TEMPORALE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John R. Williams,* in support of the petition.
*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted October 19—decided November 3, 1976